UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DERMOTT CLANCY (AND WIFE, DONNA CLANCY),
                    Plaintiff,

    -against-

32-42 BROADWAY OWNER LLC, et al.

                  Defendants.
------------------------------------------------------------------------X

21 MC 102 (AKH)

06 CV 14553 (AKH)

**NOTICE OF ADOPTION OF ANSWER TO THE MASTER COMPLAINT**

       **PLEASE TAKE NOTICE**, that defendants, CAMMEBY'S MANAGEMENT COMPANY, LLC and 32-42 BROADWAY OWNER LLC, by their attorneys, CONWAY, FARRELL, CURTIN & KELLY, P.C., as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer and affirmative defenses to the Master Complaint, dated August 3, 2007, which was filed in the matter of: In Re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

       **PLEASE TAKE FURTHER NOTICE**, that to the extent the Defendants' Answer to the Master Complaint does not comprehensively address every specific allegation within the Check-Off Complaint in the above captioned matter, Defendants, CAMMEBY'S MANAGEMENT COMPANY, LLC and 32-42 BROADWAY OWNER LLC, deny knowledge or information sufficient to form a belief as to the truth of each such allegation.

       **WHEREFORE**, the defendants, CAMMEBY'S MANAGEMENT COMPANY, LLC and 32-42 BROADWAY OWNER LLC, demand judgment dismissing

the above-captioned action as against them, together with their costs and disbursements, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
        September 25, 2007

                        Yours, etc.
**CONWAY, FARRELL, CURTIN & KELLY, P.C.**

By: /s/ Kristin G. Shea
    **KRISTIN G. SHEA (KS2897)**
Attorneys for Defendants,
**CAMMEBY'S MANAGEMENT COMPANY, LLC and 32-42 BROADWAY OWNER LLC**,
48 Wall Street, 20th Floor
New York, New York 10005
(212) 785-2929
[*Electronically Filed*]

To:

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
Plaintiffs Liaison Counsel
115 Broadway, 12th Floor
New York, New York 10006

All Defense Counsel

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as follows:

1. I am employed by the law firm of Conway, Farrell, Curtin & Kelly, P.C..

2. On September 25, 2007, I prepared and forwarded copies of the within Notice of Adoption of Answer to the Master Complaint via regular mail upon:

    **WORBY GRONER EDELMAN
    & NAPOLI BERN, LLP**
    Plaintiffs Liaison Counsel
    115 Broadway, 12th Floor
    New York, New York 10006

3. and caused the document to be electronically mailed via ECF to all defense counsel.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

          /s/ Kristin G. Shea
          **KRISTIN G. SHEA (KS2897)**